**Fill in this information to identify the case**

Debtor 1  <u>James Allen Engram</u>

Debtor 2  <u>Theresa Dawn McQueen</u>
(Spouse, if filing)

United States Bankruptcy Court for the: <u>**EASTERN**</u> District of <u>**KENTUCKY**</u>
                                                                              **(State)**

Case number  <u>20-20279</u>

# Official Form 410S1

## Notice of Mortgage Payment Change                                      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor** | Union Home Mortgage Corp., by and through its mortgage servicing agent Union Home Mortgage Corp., | **Court claim no.** (if known)   21 |
| **Last four digits** of any number you use to identify the debtor's account: | 8674 | **Date of payment change**<br>Must be at least 21 days after date of this notice   12/1/2020<br><br>**New total payment:**<br>Principal, interest, and escrow, if any   $1,239.79 |

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  Will there be a change in the debtor's escrow account payment?

    ☐ No
    ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    Current escrow payment:   $390.95      New escrow payment:   $582.57

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2.  Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

    ☒ No
    ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    Current interest rate: _____ %          New interest rate: _____ %

    Current principal and interest payment: $_____      New principal and interest payment: $_____

| Part 3: | Other Payment Change |
|---|---|

20-017288_CMF2

3.  Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒  No

☐  Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment:  $_____        New mortgage payment:  $_____

20-017288_CMF2

Debtor 1 _____James Allen Engram_____   Case number (if known) 20-20279_____
     First Name                 Middle Name         Last Name

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

*x* ___/s/ Amy E. Gardner_____   Date ___11/2/2020_____
    Signature

Print: ____Amy E. Gardner_____   Title ___Attorneys for Creditor_____

Company ___Manley Deas Kochalski LLC_____

Address ____P.O. Box 165028_____
         Number         Street

    ____Columbus, OH  43216-5028_____
         City           State      ZIP Code

Contact phone ___614-220-5611_____   Email ___amps@manleydeas.com___

20-017288_CMF2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Notice of Payment Change

was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Beverly M. Burden, PO Box 2204, Lexington, KY  40588, Notices@Ch13EDKY.com

Nathan J. Kohler, Attorney for James Allen Engram and Theresa Dawn McQueen, Steiden
Law Offices P.C., 411 Madison Avenue, Covington, KY  41011, nkohler@steidenlaw.com

and on the below listed parties by regular U.S. mail, postage prepaid on November 2 , 2020:

James Allen Engram and Theresa Dawn McQueen, 1605 Birch Hill Court, Florence, KY
41042

James Allen Engram and Theresa Dawn McQueen, 1605 Birch Hill Ct, Florence, KY  41042


/s/ Amy E. Gardner

20-017288_CMF2

**Redacted**

Union Home Mortgage Corp.                                    Phone : 800-441-3456
6444 Monroe St., Ste 6

Sylvania, OH 43560                                          10/28/20



JAMES ENGRAM
THERESA MCQUEEN                                    STATUS CODES BK,C3
1605 BIRCH HILL CT                                 PD-TO-DATE   10/01/20
FLORENCE , KY.  41042

### *** Aggregate Escrow Analysis ***

| Date | Description | Escrow Payment | Escrow Disbursements | Projected Balance | Required Balance |
|------|-------------|---------------|---------------------|------------------|-----------------|
| 11/01/20 | Beginning Balance | | | -1,517.63 | 781.93 |
| 12/01/20 | MIP/PMI | 390.94 | 134.91 | -1,261.60 | 1,037.96 |
| 01/01/21 | MIP/PMI | 390.94 | 134.91 | -1,005.57 | 1,293.99 |
| 02/01/21 | MIP/PMI | 390.94 | 134.91 | -749.54 | 1,550.02 |
| 03/01/21 | MIP/PMI | 390.94 | 134.91 | -493.51 | 1,806.05 |
| 04/01/21 | MIP/PMI | 390.94 | 134.91 | -237.48 | 2,062.08 |
| 05/01/21 | MIP/PMI | 390.94 | 134.91 | 18.55 | 2,318.11 |
| 06/01/21 | MIP/PMI | 390.94 | 134.91 | 274.58 | 2,574.14 |
| 06/30/21 | Hazard Ins | 0.00 | 981.94 | -707.36 | 1,592.20 |
| 07/01/21 | MIP/PMI | 390.94 | 134.91 | -451.33 | 1,848.23 |
| 08/01/21 | MIP/PMI | 390.94 | 134.91 | -195.30 | 2,104.26 |
| 09/01/21 | MIP/PMI | 390.94 | 134.91 | 60.73 | 2,360.29 |
| 10/01/21 | MIP/PMI | 390.94 | 134.91 | 316.76 | 2,616.32 |
| 11/01/21 | MIP/PMI | 390.94 | 134.91 | 572.79 | 2,872.35 |
| 11/01/21 | County | 0.00 | 2,090.47 | -1,517.68 | 781.88* |

Your beginning balance as of 11/01/20, assuming timely receipt of all payments and disbursement
of all items due, will be $-1,517.63. Your base escrow payment beginning 12/01/20 is determined
by adding up the total disbursements to be made during the year and dividing by 12. The total
disbursements for your account this year are projected to be $4,691.33 Therefore, your base
escrow payment is $390.94

According to your mortgage agreement, and regulations, the escrow balance on your loan should
not go below 1/6th of your total disbursements ($781.88) for the year. Regulations require that
the escrow balance must reach the low point at least once during the year. The low point on
your loan will be reached in the month of November. AT THAT TIME, YOUR BALANCE IS PROJECTED TO
BE SHORT BY $2,299.56.

We will be collecting this shortage from you over a period of twelve months. Therefore, your
new escrow payment including 1/12th of the shortage will be $582.57

Your new total monthly payment, effective 12/01/20, will be $1,239.79. This was calculated by
adding your escrow payment to your P & I payment of $657.22.

If you wish, you may pay your shortage in one lump sum. This would reduce your payment to
$1,048.16.

(PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END
OF THE NEXT ESCROW COMPUTATION YEAR.)

***If this loan is included in an active bankruptcy case, or if you were a borrower of this
loan prior to filing Chapter 7 bankruptcy in which you received a discharge and the loan was
not reaffirmed in the bankruptcy case, the lender is providing this notice as a courtesy in
accordance with the terms of the loan agreement and is not attempting to collect, recover, or
offset any discharge debt as your personal liability.***

Union Home Mortgage Corp.
6444 Monroe St., Ste 6

Sylvania, OH 43560

Phone : 800-441-3456

10/28/20

Redacted

STATUS CODES BK,C3
PD-TO-DATE   10/01/20

          JAMES ENGRAM
          THERESA MCQUEEN
          1605 BIRCH HILL CT
          FLORENCE , KY.  41042

Union Home Mortgage Corp.                        Phone 800-441-3456
6444 Monroe St., Ste 6

Sylvania, OH 43560                                    10/28/20

        JAMES ENGRAM                       
        THERESA MCQUEEN
        1605 BIRCH HILL CT
        FLORENCE , KY.  41042


            Annual Escrow Account Disclosure Statement
                    Account History

This is a statement of actual activity in your escrow account from 10/01/20
through 11/30/20.

Your monthly mortgage payment previously was $1,078.55 of which $657.22
was for principal and interest and $421.33 went into your escrow account.


                                ESCROW      ESCROW
                                PAYMENT   DISBURSEMENTS      BALANCE
    DATE      DESCRIPTION

STARTING BALANCE                                               0.00
10/20                           421.33                       421.33
10/20**    MIP/PMI                            -134.91        286.42
11/20**    MIP/PMI                            -134.91        151.51
11/20**    County                          -2,090.47     -1,938.96
11/20**                         421.33                   -1,517.63
                              ----------    ----------
                                842.66      -2,360.29

** = Disbursements and payments made in the time period covered but not
     yet applied.